UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Victor Manuel Pleitez, et al. )
)
)
**Plaintiff(s)** )
) Case No.: 1:08-cv-00769
v. )
)
Stephen Carney, et al. )
)
)
**Defendant(s)** )

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Thomas Parks, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order on Stephen Carney in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on May 07, 2008 at 8:25 AM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order on Stephen Carney at 25215 Mastery Place, Aldie, Virginia 20105 by serving Stephen Carney, personally. Described herein:

Gender: Male   Race/Skin: White   Hair: Grey   Age: 45   Height: 5'7"   Weight: 155

5-7-08
Executed on:

Thomas Parks
CAPITOL PROCESS & INVESTIGATOR SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Victor Manuel Pleitez,
Jorge Alfaro Pleitez,
and
Wil Franciso Ardon

V.

Stephen Carney
and
PiersBalmoral, LLC

SUMMONS IN A CIVIL CASE

CASE

Case: 1:08-cv-00769
Assigned To : Bates, John D.
Assign. Date : 5/2/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

Stephen Carney
25215 Master Place
Aldie, VA 20105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tirzah S. Fitzkee
Vinson & Elkins L.L.P.
1455 Pennsylvania Ave., NW STE 600
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY -2 2008

CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK