UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Victor Manuel Pleitez, et al. | ) |
| | ) |
| **Plaintiff(s)** | ) Case No.: 1:08-cv-00769 |
| v. | ) |
| Stephen Carney, et al. | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Thomas Parks, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order on PiersBalmoral, LLC c/o Stephen Carney, Registered Agent in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on May 07, 2008 at 8:25 AM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order on PiersBalmoral, LLC c/o Stephen Carney, Registered Agent at 25215 Mastery Place, Aldie, Virginia 20105 by serving Stephen Carney, Registered Agent, authorized to accept.  Described herein:

Gender: Male    Race/Skin: White    Hair: Grey    Age: 45    Height: 5'7"    Weight: 155

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5-7-08
Executed on:

Thomas Parks
CAPITOL PROCESS & INVESTIGATOR SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Victor Manuel Pleitez,
Jorge Alfaro Pleitez,
and
Wil Franciso Ardon

**SUMMONS IN A CIVIL CASE**

V.

Stephen Carney
and
PiersBalmoral, LLC

CASE

Case: 1:08-cv-00769
Assigned To : Bates, John D.
Assign. Date : 5/2/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

PiersBalmoral, LLC
Stephen Carney, Registered Agent of PiersBalmoral, LLC
24741 Stone Station Terrace
Aldie, VA 20105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tirzah S. Fitzkee
Vinson & Elkins L.L.P.
1455 Pennsylvania Ave., NW STE 600
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY -2 2008

CLERK                                      DATE

(By) DEPUTY CLERK