IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR MANUEL PLEITEZ**<br>3011 South 16th Rd.<br>Arlington, VA 22204<br><br>and<br><br>**JORGE ALFARO PLEITEZ**<br>3011 South 16th Rd.<br>Arlington, VA 22204<br><br>and<br><br>**WIL FRANCISCO ARDON**<br>2404 Mary Baldwin Drive<br>Alexandria, VA 22307<br><br>v.<br><br>**STEPHEN CARNEY**<br>25215 Mastery Place<br>Aldie, VA 20105<br><br>and<br><br>**PIERSBALMORAL, LLC**<br>24741 Stone Station Terrace<br>Aldie, VA 20105 | CIVIL ACTION NO.: 1:08-cv-00769-JDB |

## **PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT**

Plaintiffs Victor Manuel Pleitez, Jorge Alfaro Pleitez, and Wil Francisco Ardon (collectively, "Plaintiffs") hereby move, pursuant to Federal Rule of Civil Procedure 55(a), for entry of default against Defendants Stephen Carney and PiersBalmoral, LLC. A supporting Statement of Points and Authorities is attached hereto.

Respectfully submitted,

/s/ Tirzah S. Fitzkee
Tirzah S. Fitzkee (D.C. Bar No. 497295)
John M. Faust (D.C. Bar No. 433553)
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004-1008
Telephone: (202) 639-6500
Facsimile: (202) 639-6604

Susan E. Huhta (D.C. Bar No. 453478)
Laura E. Varela
   (*pro hac vice* motion pending )
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS
AND URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

Case 1:08-cv-00769-JDB   Document 4   Filed 06/24/2008   Page 2 of 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR MANUEL PLEITEZ**<br>**3011 South 16th Rd.**<br>**Arlington, VA 22204**<br><br>and<br><br>**JORGE ALFARO PLEITEZ**<br>**3011 South 16th Rd.**<br>**Arlington, VA 22204**<br><br>and<br><br>**WIL FRANCISCO ARDON**<br>**2404 Mary Baldwin Drive**<br>**Alexandria, VA 22307**<br><br>v.<br><br>**STEPHEN CARNEY**<br>**25215 Mastery Place**<br>**Aldie, VA 20105**<br><br>and<br><br>**PIERSBALMORAL, LLC**<br>**24741 Stone Station Terrace**<br>**Aldie, VA 20105** | **CIVIL ACTION NO.: 1:08-cv-00769-JDB** |

### PLAINTIFFS' STATEMENT OF POINTS AND AUTHORITIES
### IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a) and Local Rule 7(a), Plaintiffs Victor Manuel Pleitez, Jorge Alfaro Pleitez, and Wil Francisco Ardon (collectively, "Plaintiffs") hereby submit this Statement of Points and Authorities in support of their Motion for Entry of Default against Defendants Stephen Carney and PiersBalmoral, LLC (collectively, "Defendants").

Plaintiffs filed their Complaint on May 2, 2008. As set forth in the summonses that were filed with this Court on May 7, 2008, both Defendants were personally served with process on May 7, 2008.

Defendants' responses to Plaintiffs' Complaint was due on May 27, 2008. On May 21, 2008, Defendant Carney telephoned undersigned counsel for Plaintiffs', Tirzah Fitzkee, and requested Plaintiffs' consent to an extension of time of 30 additional days within which to respond to Plaintiff's Complaint. Ms. Fitzkee agreed to consent to an additional 2 weeks, which would have made Defendants' response to Plaintiffs' Complaint due on June 10, 2008. Although Carney said that he would file a request for an extension with this Court the following day on May 22, 2008, to date no such motion for an extension of time has been filed by either Defendant.

Indeed, no appearance has been entered by either Defendant, nor has either Defendant filed any pleadings with the Court. None has been served upon the attorneys for Plaintiffs. The time for filing a responsive pleading has expired for Defendants and no extension has been requested from or granted by this Court.

When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, entry of that party's default is mandated by Fed. R. Civ. P. 55(a). <u>Al-Kazemi v. Gen. Acceptance & Inv. Corp.</u>, 633 F. Supp. 540, 541 (D.D.C. 1986) (holding that it was proper to enter default against the defendants because they failed to plead or otherwise defend); <u>see also</u> <u>Int'l Painters & Allied Trades Indus. Pension Fund v. K & J Erectors LLC</u>, No. 04-cv-1236, 2006 U.S. Dist. LEXIS 16994 at *2 (D.D.C. Mar. 27, 2006) ("A court has the power to enter default judgment when a defendant fails to defend its case appropriately[.]").

2

Because both Defendants Carney and PiersBalmoral have failed to file a responsive pleading, file an Answer, or otherwise defend against Plaintiffs' Complaint, entry of default should be entered against them.

In view of the foregoing, Plaintiffs request that a default be entered against Defendants Carney and PiersBalmoral. Once the Court grants an entry of default against Defendants Carney and PiersBalmoral, Plaintiffs intend to seek default judgment pursuant to Fed. R. Civ. P. 55(b), with a calculation of damages supported by declarations.

                              Respectfully submitted,

                              /s/ Tirzah S. Fitzkee
                              Tirzah S. Fitzkee (D.C. Bar No. 497295)
                              John M. Faust (D.C. Bar No. 433553)
                              VINSON & ELKINS L.L.P.
                              1455 Pennsylvania Avenue, N.W., Suite 600
                              Washington, DC 20004-1008
                              Telephone: (202) 639-6500
                              Facsimile: (202) 639-6604

                              Susan E. Huhta (D.C. Bar No. 453478)
                              Laura E. Varela
                                 (*pro hac vice* motion pending )
                              WASHINGTON LAWYERS'
                              COMMITTEE FOR CIVIL RIGHTS
                              AND URBAN AFFAIRS
                              11 Dupont Circle, N.W., Suite 400
                              Washington, D.C. 20036
                              Telephone: (202) 319-1000
                              Facsimile: (202) 319-1010

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June 2008, I caused the foregoing Plaintiffs' Motion for Entry of Default and supporting Statement of Points and Authorities to be served on the persons and entities listed below by first-class U.S. mail, postage prepaid:

>Stephen Carney
>25215 Mastery Place
>Aldie, VA 20105
>
>PiersBalmoral, LLC
>Stephen Carney, Registered Agent of PiersBalmoral, LLC
>25215 Mastery Place
>Aldie, VA 20105

/s/ Tirzah S. Fitzkee
Attorney for Plaintiffs