Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VICTOR MANUEL PLEITEZ, et al

    Plaintiff(s)

Civil Action No. 08-769 JDB

V.

STEPHEN CARNEY, et al

    Defendant(s)

RE: STEPHEN CARNEY AND PIERSBALMORAL, LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on May 7, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 25th day of June, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk